## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Shawn Robert Gralish,

    Plaintiff,

Case No. 20-cv-2469 PJS/ECW

v.

**ORDER**

Federal Bureau of Investigation,

    Defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 5, 2021, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Shawn Robert Gralish (Dkt. 2) is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 1/28/21

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
United States District Judge